JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA ADAMS,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, *et al.*,<br><br>    Defendants. | CASE NO. 5-24-cv-01259-CV (DTBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

On August 26, 2025, the Parties filed a Joint Stipulation for Dismissal with Prejudice of Entire Action. The Parties explain that the Complaint and Action herein has been completely and wholly resolved between the Parties, formal settlement agreements were executed between plaintiff and MGC on July 28, 2025, and between plaintiff and the United States on August 1, 2025, and MGC has paid its settlement funds. No further proceedings are needed or contemplated

1 | by the Parties. The Court, having considered the Stipulation and good cause
2 | having been found, hereby GRANTS the Stipulation and ORDERS as follows:
3 |     1. The entire action is hereby dismissed with prejudice.
4
5 | **IT IS SO ORDERED.**
6
7 | DATED: 8/29/25         *Cynthia Valenzuela*
8 |                         HON. CYNTHIA VALENZUELA
  |                         UNITED   STATES   DISTRICT   JUDGE